UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20428-CR-AJ

UNITED STATES OF AMERICA

vs.

LUIS CARLOS MONTOYA-RUEDA,
  a/k/a "Caliche,"
  a/k/a "Barrigon,"
  a/k/a "Gafufo,"
  a/k/a "Cocotudo,"
  a/k/a "El Gordo,"
CESAR ROLANDO HERNANDEZ-ARIZABALETA,
FERNANDO GONZALEZ-ARSAYUZ,
  a/k/a "Mortis,"
  a/k/a "Fercho,"
  a/k/a "Flaco,"
BOLIVAR CIFUENTES-VALENCIA,
  a/k/a "Don Boli,"
  a/k/a "Jordan,"
  a/k/a "Bolillo,"
  a/k/a "Tecnico,"
SAUL ESTUPIÑAN-YESQUEN,
JAIR BUENAÑOS-SANCHEZ,
  a/k/a "El Negro," and
CELIMO RENDON-RAMOS,
  a/k/a "Don C,"
  a/k/a "Elias,"

           Defendants.
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Court issue an order unsealing the Indictment in the above captioned

case.

On May 21, 2009, a federal grand jury in the Southern District of Florida, returned and filed an indictment initiating the criminal proceedings against the above listed Defendants. Upon the Government's motion, the Court ordered "that the indictment, arrest warrants, and this order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause." On February 17, 2010, defendants Luis Carlos Montoya-Rueda, a/k/a "Caliche," Cesar Rolando Gonzalez-Arizabaleta, Bolivar Cifuentes Valencia, a/k/a "Don Boli," Saul Estupinan-Yesquen, Jair Buenanos-Sanchez, and Celimo Rendon-Ramos, were arrested in Colombia by Colombian authorities. The arrests were the result of requests for provisional arrests of the defendants for the purpose of extradition to the United States for prosecution on the present indictment. Only defendant Cesar Rolando Hernandez-Arizabaleta remains a fugitive. The undersigned has received information that defendant Hernandez is aware that he is wanted for arrest for extradition. The arrests of the other defendants have been reported in a Colombian newspaper.

Because the first defendant has been arrested and there is no longer a need to keep the case under seal, the United States is requesting that the Court order this case be unsealed.

WHEREFORE, the United States requests that the Court issue the attached order unsealing this Indictment.

Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By: _____
Eric E. Morales
Assistant United States Attorney
HIDTA/USAO
11200 N.W. 20th Street
Miami, Florida 33172
Tel: (305) 715-7645
Fax: (305) 715-7639
Court ID: A5500886